1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JASON L. BUCKNER,         |             | CASE NO. 07 CV 0701 JM (POR) |
|---------------------------|-------------|------------------------------|
|                           | Plaintiff,  | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| vs.                       |             |                              |
| CITY OF SAN DIEGO,        |             |                              |
|                           | Defendant.  |                              |

Pursuant to the parties' joint motion to dismiss, the court hereby **DISMISSES** this action with prejudice. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: February 13, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties